# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ROBERT ANDREW MULLINS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **MEMORANDUM DECISION &<br>ORDER DENYING MOTION<br>TO SEAL CASE**<br><br>Case No. 4:21-cv-57-DN<br><br>District Judge David Nuffer |

Plaintiff filed a post-judgment motion to seal this case based on privacy and national security interests. (ECF No. 19.) Plaintiff cites to case law from the D.C. Circuit Court of Appeals for the proposition that cases may be sealed to protect an innocent accused who is exonerated; trade secrets; the privacy and reputation of victims; and to guard against risks to national security. (*Id.*) However, this is not binding authority, and Plaintiff fails to explain how the propositions from this authority could be applicable here. A review of the record does not reveal any material or information that would plainly suggest the case should be sealed.

"Court records are presumptively open to the public" and "the sealing of civil cases is highly discouraged." DUCivR 5-2(a). Plaintiff fails to identify a sufficient legal basis for this case to be sealed. And Plaintiff's earlier motion to seal was denied. (ECF No. 17.)

IT IS THEREFORE ORDERED that Plaintiff's Motion to Seal is DENIED. (ECF No. 19.)

DATED this _21st_ day of December, 2022.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court